**Willie AIKEN, Petitioner–Appellant,**

v.

**D. Scott DODRILL, Respondent–Appellee.**

No. 01–8107.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 12, 2002.

Decided Feb. 28, 2002.

Willie Aiken, pro se.

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Willie Aiken appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Aiken v. Dodrill*, No. CA–01–811–5 (E.D.N.C. Nov. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*